IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANHEUSER-BUSCH BEER LABELING, MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:    1:13 MD 2448 ALL CASES JUDGE DONALD C. NUGENT <u>JUDGMENT ORDER</u> |

For the reasons set forth in this Court's Memorandum Opinion and Order, Defendant's Motion to Dismiss (ECF # 13) is GRANTED.  This case is dismissed with prejudice. IT IS SO ORDERED.

   /s/ Donald C. Nugent
Donald C. Nugent
United States District Judge

Date:   June 2, 2014